AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:21-MJ-00311 | Date and time warrant executed: 5/4/2021 1:45 PM | Copy of warrant and inventory left with: Ahmad Alibabgei |
| Inventory made in the presence of: SA Benjamin Richardson | | |
| Inventory of the property taken and name of any person(s) seized: See attached Receipt for and Property | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/2021

*Executing officer's signature*

Andrew Krueger, Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)                                                              Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: LA-3222877

On (date): 04 APR 2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) AHMAD ALIBABAEI
(Street Address) 27602 MANOR HILL ROAD
(City) LAGUNA NIGUEL, CA 92677

Description of Item(s):

1) ITEM #1: BANK DOCUMENTS IN FARSI
2) ITEM #2: TRANSCEND 16GB
   2A: ~~DOCUMENTS~~ BR NOT TAKEN
   2B: THUMBDRIVE
3) ITEM #4: ~~IRS~~ OK BR DOCUMENTS + BANK DOCUMENTS IN FARSI
4) ITEM #5: APPLE DESKTOP S# C02WK3Y5JIG5
5) ITEM #6: GRANT DEED IN GREY FOLDER
6) ITEM #7: APPLE EXTERNAL HARD DRIVE W/ CORD MODEL # A1535
7) ITEM #8: LACIE EXTERNAL HARD DRIVE (SILVER/ORANGE) S# NL350Z15 W/ CORD
8) ITEM #9: SANDISK ULTRA USB 3.0 128GB
9) ITEM #10: WESTERN DIGITAL HARD DRIVE, MY PASSPORT PRO
10) ITEM #11: BANK DOCUMENT IN FARSI
11) ITEM #12: 3 (THREE) IRANIAN PASSPORTS
    MM
12) ITEM #13: THUMBDRIVE (PINK)
13) ITEM #14: EXIT DOCUMENT

Received By: _[Signature]_
Printed Name/Title: Special Agent Benjamin Richardson

Received From: _[Signature]_
Printed Name/Title: Ahmad Alibabaei

FD-597 (Rev. 4-13-2015)

Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: LA-3222877

On (date): 04APR2021

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) AHMAD ALIBABAEI
(Street Address) 27002 MANOR HILL ROAD
(City) LAGUNA NIGUEL, CA 92677

Description of Item(s):

(14) ITEM # 16: VERIZON SIM CARD

Received By: _____ (Signature)
Printed Name/Title: Special Agent Benjamin Richardson

Received From: Bob _____ (Signature)
Printed Name/Title: Ahmad Alibabaei